# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
# MINUTES OF PROCEEDINGS

CIVIL CASE NO: 09-1683 (SEC)                                      DATE: December 22, 2009

| | |
|---|---|
| NEFRY BAEZ-MUNOZ<br><br>Plaintiff | Attorneys:<br>Hector E. Pedrosa-Luna, Esq. |
| MMM HEALTH CARE, INC.<br><br>Defendant | Pedro A. Buso-Garcia, Esq. |

## CASE MANAGEMENT AND SETTLEMENT CONFERENCE

A Case Management and Settlement Conference was held in Chambers today. Present was Counsel for Defendant, Pedro A. Buso-Garcia, Esq., and Plaintiff's Counsel, Hector E. Pedrosa-Luna, Esq.

Per the Court's inquiry, Counsel set forth their respective positions regarding the facts, and merits of this case. This Court also inquired as to the status of discovery. Counsel informed this Court that discovery is underway, and going forth amicably. Counsel also informed that Plaintiff's deposition is set for January 2010.

Plaintiff's Counsel informed this Court that a settlement offer was extended to Defendants prior to this conference. After considering the facts of the case, and the litigation risks, this Court strongly recommends the parties to engage in good faith settlement negotiations. Defendant's counsel will discuss Plaintiff's proposal with his client. The parties shall file an Informative Motion regarding the status of settlement negotiations by **1/5/2010**.

                                              S/ *Salvador E. Casellas*
                                              SALVADOR E. CASELLAS
                                              U.S. Senior District Judge