IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NEFRY BAEZ MUÑOZ**<br><br>PLAINTIFF,<br><br>V.<br><br>**MMM HEALTH CARE**<br><br>DEFENDANT | CIVIL No.  09-1683 (SEC)<br><br>Title VII, 42 U.S.C. 2000e-2 (a)(1)<br><br>Request For Jury Trial |

## VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT**:

**COMES NOW,** the Plaintiff Nefri Báez Muñoz, by and through the undersigned attorney, to state and pray as follows:

1.  That earlier today the parties signed a private document to settle the instant case. Each party will bear it own costs and attorney fees.

2.  Hence, plaintiff Nefry Báez Muñoz is hereby requesting from this Honorable Court to dismiss, with prejudice, the instant case.

**WHEREFORE,** Nefry Báez Muñoz respectfully request from this Honorable Court to take notice of the foregoing information and to enter an Order dismissing the instant case, with prejudice.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this 1st day of January 2010.

**CERTIFICATE OF SERVICE**: I hereby certify that the foregoing document was

filed with the Clerk of the Court using the CM/ECF system, which will submit notification of such filing to all parties on record, and to attorneys Pedro A. Busó and Enrique R. Padró.

        S/Héctor Eduardo Pedrosa Luna
        _____
        Héctor Eduardo Pedrosa-Luna, Esq.
        USDC-PR No. 223202
        P.O. Box 9023963
        San Juan, PR 00902-3963
        787-920-7983
        787-764-7511
        hectorpedrosa@gmail.com